## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **TENEACE JOHNSON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | ) **CIVIL ACTION NO. 04-0157-CG-B** |
| | ) |
| **EVERCOM,** | ) |
| | ) |
| **Defendant.** | ) |

### ORDER

This matter is before the court on the parties' agreed motion for dismissal with prejudice filed on August 8, 2005.  (Doc. 24)

Upon due consideration and pursuant to 41(a)(2) of the Federal Rules of Civil Procedure, the parties' motion is **GRANTED**.  It is **ORDERED** that this action hereby is **DISMISSED WITH PREJUDICE**, with each party to bear its own costs.

**DONE and ORDERED** this 9th  day of August, 2005.


/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE